RALPH A. GUIRGIS, State Bar No. 143262
ralph.guirgis@clydeco.us
SEAN R. SIMPSON, State Bar No. 192400
sean.simpson@clydeco.us
CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Tel: (949) 852-8200 / Fax: (949) 567-7850

Attorneys for Defendant WESTCHESTER
FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSGURGH, PA, a Pennsylvania Corporation; WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania Corporation; FEDERAL INSURANCE COMPANY, a New Jersey Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:21-cv-01940-EJD<br>[*Assigned to United States District Judge Edward J. Davila and United States Magistrate Judge Nathanael M. Cousins*]<br><br>**JOINT NOTICE OF SETTLEMENT** |

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff West Marine Products, Inc. and Defendant Westchester Fire Insurance Company give notice that the parties have reached a settlement of all claims asserted in this case.  The parties have executed a written settlement agreement, and they anticipate filing a stipulation for dismissal with prejudice within the next 30-45 days.  In light of the settlement, the parties withdraw the

following pending motions: (1) Westchester's Motion for Judgment on the Pleadings (Docket #53); and (2) West Marine's Request for Leave to File Amended Complaint (Docket #56).

Dated: March 23, 2023				CLYDE & CO US LLP

						By:  */s/ Sean R. Simpson*
						Ralph A. Guirgis
						Sean R. Simpson
						Attorneys for Defendants
						WESTCHESTER FIRE INSURANCE
						COMPANY and FEDERAL INSURANCE
						COMPANY

Dated: March 23, 2023				PASICH LLP

						By:  */s/ Shaun H. Crosner*
						Shaun H. Crosner
						Michael S. Gehrt
						Jacquelyn M. Mohr
						Attorneys for Plaintiff WEST MARINE
						PRODUCTS, INC.

**ATTESTATION**

I, Sean R. Simpson, am the ECF user whose identification and password are being used to file the instant document.  Pursuant to Local Rule 5-l(i)(3), I certify that all other signatories listed in this document, and on whose behalf the filings are submitted, concur in the filings' content and have authorized filings.


Dated:  March 23, 2023

                                       */s/ Sean R. Simpson*
                                          Sean R. Simpson

# CERTIFICATE OF SERVICE

***West Marine Products, Inc. v. National Union Fire Insurance Company of Pittsburgh, PA, et al.***
**USDC, Northern District of California - San Jose Division**
**Case No. 5:21-cv-01940-EJD**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2020 Main Street, Suite 1100, Irvine, CA 92614.

On March 23, 2023, I served true copies of the following document(s) described as **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Shaun H. Crosner<br>Michael S. Gehrt<br>Jacquelyn M. Mohr<br>PASICH LLP<br>1230 Rosecrans Avenue, Suite 690<br>Manhattan Beach, California 90266<br><br>Telephone: (424) 313-7860<br>Facsimile: (424) 313-7890<br>Email: SCrosner@PasichLLP.com<br>Email: MGehrt@PasichLLP.com<br>Email: JMohr@PasichLLP.com | Attorneys for Plaintiff West Marine Products, Inc. |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 23, 2023, at Irvine, California.

Conchita Nickles

349064.1